In the Matter of ELYSE HOPE DILLER (Admitted as ELYSE HOPE KOVLER), a Suspended Attorney. [947 NYS2d 890]

Mastro, A.P.J., Rivera, Skelos, Dillon and Angiolillo, JJ., concur.